IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAPILDEO SINGH, LAWRENCE DUMAIN, IRA WALLACH, BRIAN WALLACH, YVES SARRAZIN, ERLIN HILL, BRUCE SOULSBY, and ALAN WEISENBERG<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN RACING-TIOGA DOWNS INC., d/b/a TIOGA DOWNS CASINO AND RACEWAY, AMERICAN RACING-VERNON DOWNS INC., d/b/a VERNON DOWNS RACETRACK, AMERICAN RACING AND ENTERTAINMENT, LLC, NEW MEADOWLANDS RACETRACK, LLC., d/b/a MEADOWLANDS RACETRACK, and JEFFREY R. GURAL in his individual and official capacities,<br><br>Defendants. | Civil Action No. 3:21-cv-947 (LEK/ML)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss, the Declaration of Lawrence Bluestone, Esq., attaching public record documents, and upon all the papers and proceedings had herein, Defendants American Racing-Tioga Downs Inc. d/b/a Tioga Downs Casino and Raceway, American Racing-Vernon Downs Inc. d/b/a Vernon Downs Racetrack, American Racing and Entertainment, LLC, New Meadowlands Racetrack LLC d/b/a Meadowlands Racetrack, and Jeffrey R. Gural (collectively, "Defendants"), through their undersigned counsel, will move before the above-named Court for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing with prejudice the Complaint filed by Plaintiffs Kapildeo Singh, Lawrence Dumain, Ira Wallach, Brian Wallach, Yves Sarrazin, Erlin Hill, Bruce Soulsby,

and Alan Weisenberg ("Plaintiffs") for failure to state a claim upon which relief can be granted, together with such other or further relief as may be just.

        Respectfully submitted,

Dated: October 27, 2021    **GENOVA BURNS, LLC**

        By:  */s/ Angelo J. Genova*_____
          Angelo J. Genova
           James Bucci
           Lawrence Bluestone
           GENOVA BURNS LLC
           Trinity Centre
           115 Broadway, 15th Floor
           New York, NY  10006
           Telephone: (973) 533-0777
           Facsimile: (973) 533-1112
           agenova@genovaburns.com
           jbucci@genovaburns.com
           lbluestone@genovaburns.com

           Brian H. Pandya (admission forthcoming)
           DUANE MORRIS LLP
           505 9th Street NW, Suite 1000
           Washington, DC 20004
           Telephone: (202) 776-7807
           Facsimile: (202) 478-2811
           bhpandya@duanemorris.com

*Attorneys for Defendants American Racing-Tioga Downs Inc. d/b/a Tioga Downs Casino and Raceway, American Racing-Vernon Downs Inc. d/b/a Vernon Downs Racetrack, American Racing and Entertainment, LLC, New Meadowlands Racetrack LLC d/b/a Meadowlands Racetrack, and Jeffrey R. Gural*

## **CERTIFICATE OF SERVICE**

I certify that on this date, I caused to be filed on the Court's CM/ECF system Defendant's Notice of Motion to Dismiss, the Memorandum of Law in Support of their Motion to Dismiss, and the Declaration of Lawrence Bluestone, Esq., with exhibits, which caused a copy of those documents to be served on counsel of record for the parties.

Dated: October 27, 2021             */s/ Lawrence Bluestone*
                                                            LAWRENCE BLUESTONE

16198754v1 (2883.065)